**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**George C. Flora, sued as George Flora, an individual,**

**Plaintiff,**

**v.**

**Firepond, Inc., a Delaware Corporation,**

**Defendant.**

**Civil No. 01-1988 DSD/SRN**

**ORDER OF RECUSAL**

---

Pursuant to the provisions of 28 U.S.C. §455(a), the undersigned hereby recuses herself in this matter. By separate notice, the parties will be advised by the Clerk of Court as to the new Magistrate Judge on this matter.

DATED: June 20, 2002

Susan Richard Nelson

SUSAN RICHARD NELSON
United States Magistrate Judge

28

JUN 21 2002
FILED
Richard D. Sletten, CLERK
Judgment Ent'd.
Deputy Clerk's Initials JR

Date: June 24, 2002 jr

R E C O R D   O F   D O C K E T   T E X T

0:01-cv-01988 Flora v. FirePond, Inc.

DOCKET ENTRY

ORDER OF RECUSAL (Magistrate Judge Susan R. Nelson / 6/20/02) Case referred to Magistrate Judge Arthur J. Boylan (4:02 AD 147). Case number remains the same except for Mag. Judge's initials 01-1988 DSD/AJB. Please use case number with new intials when you submit any documents for filing or papers to the Court regarding this civiil action 01-1988 DSD/AJB. We no longer will use the old initials. (c: attys.) 1pg pg(s) all counsel)

Hon. David S Doty, Judge

THIS NOTICE SENT TO ALL COUNSEL