UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

George Flora, an individual,

Plaintiff,

vs.

FirePond, Inc., a
Delaware Corporation, and
Robertson Stephens, Inc., a
Massachusetts Corporation,

Defendants.

Case No. CV01-1988 DSD/JMM

**NOTICE OF APPEAL**

---

Notice is hereby given that George Flora, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Eighth Circuit from the final judgment entered in this action on April 29, 2003.

Dated May 21, 2003.

Kenneth R. White

Kenneth R. White
Law Office of Kenneth R. White, P.A.
Attorney for Plaintiff George Flora
325 South Broad Street, Suite 203
Mankato MN 56001
Telephone: 507/345-8811
Fax: 507/345-5020
Attorney License No. 141525

MAY 23 2003
FILED
RICHARD D. SLETTEN, CLERK

# UNITED STATES DISTRICT COURT
## District of Minnesota

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

Richard D. Sletten, Clerk

700 Federal Building
316 North Robert Street
St Paul, MN 55101
(651) 848-1100

417 Federal Building
515 West First Street
Duluth, MN 55802
(218) 529-3500

## TRANSMITTAL OF APPEAL

**Date:** May 29, 2003
**To:** U.S. COURT OF APPEALS, 8TH CIRCUIT
**From:** Gloria Schneider, Deputy Clerk

**In Re:** District Court Case No.: 01-1988 DSD/AJB
Eighth Circuit Case No.:
Case Title: George Flora vs FirePond Inc. et al

---

Enclosed, please find two certified and one uncertified copy of each of the following documents:

- ☒ Notice of Appeal
- ☒ Order/Judgement appealed from
- ☒ Docket Entries
- ☐ Other:
  - ☒ The statutory filing fee has been paid, receipt # 427619.
  - ☐ The statutory filing fee has been waived:
    - ☐ USA filed appeal
    - ☐ In Forma Pauperis: ☐ Motion Pending ☐ Pro Se ☐ Prisoner

cc: Counsel; Court Reporter

---

### TRANSMITTAL INFORMATION SHEET

TRANSMITTED HEREWITH:

- ☐ Original File(s), consisting of file(s).
- ☐ Two certified copies, and one uncertified copy of updated docket sheet from .
- ☐ Designated Clerk's Record # .
- ☐ Other:
- ☐ Transcript(s): (Listed below or on attached list)

**Volume** **Date** **Proceeding**

---

ACKNOWLEDGEMENT OF RECEIPT OF DOCUMENTS

Date Received: ____________ Received by: ______________________________

Date Returned to USDC: ________________

Modified 05/09/03