# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

---

No. 03-2410

02-1199 DSD/FLN
01-1988 DSD/AJB

---

Jay Syverson, *
*
Plaintiff - Appellant, *
*
v. *
*
FirePond, Inc., a Delaware Corporation; *
Robertson Stephens, Inc., a *
Massachusetts Corporation, *
*
Defendants - Appellees. *

---

No. 03-2415

Appeals from the United States District Court for the District of Minnesota.

---

George Flora, *
*
Plaintiff - Appellant, *
*
v. *
*
FirePond, Inc., a Delaware Corporation; *
Robertson Stephens, Inc., a *
Massachusetts Corporation, *
*
Defendants - Appellees. *

---

SCANNED
NOV 1 2004
U.S. DISTRICT COURT MPLS

**JUDGMENT**

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

(5172-010199)

September 9, 2004

Order Entered in Accordance with Opinion:

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit.

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

BY: Michael E. Gans